Trial Date: November 4, 2024

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ABSALOM CRISTOBAL,

          Plaintiff,

   v.

AMAZON INC.,

          Defendant.

Case No. 2:23-cv-00508-JHC

**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE**

NOTED ON CALENDAR:
May 16, 2024

       Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff *Pro Se* ABSALOM CRISTOBAL, and Defendant AMAZON.COM SERVICES LLC,[1] by and through its attorneys, LITTLER MENDELSON, P.C., hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action against Defendant in the above-captioned case with prejudice and without costs or attorneys' fees to either party.

//

//

//

//

---

[1] Plaintiff improperly identifies the defendant as "Amazon Inc.," a non-existent entity. Plaintiff's employer, and the correct defendant, is Amazon.com Services LLC.

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1 2:23-
CV-00508-JHC

1    STIPULATED this _17_ day of April, 2024.

2

3    *Absca*

4    Absalom Cristobal
     1017 L Street, #750
5    Sacramento, CA 95814
     Tel: 415-980-9165
6    absalom@usa.net

7    *Plaintiff Pro Se*

8

9

/s/ Jordan T. Wada
Jordan T. Wada, WSBA #54937
jwada@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone:   206.623.3300
Facsimile:   206.447.6965

*Attorney for Defendant Amazon.com Services LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2 2:23-
CV-00508-JHC

1

**ORDER**

2    THIS MATTER, having come before the undersigned judge of the above-entitled Court,

3   in accordance with the Stipulation for Order of Dismissal with Prejudice filed by the parties, it is

4   hereby:

5    **ORDERED, ADJUDGED, AND DECREED** that all claims and causes of action asserted

6   in the above-captioned case against Defendant are dismissed with prejudice, and without costs or

7   attorneys' fees to either party.

8    DATED this 16th day of May, 2024.

9

10    John H. Chun
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3 2:23-
CV-00508-JHC

1

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, WA 98101. I hereby certify that on May 16, 2024, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF system.  In addition, I caused to be served a copy of the foregoing document upon the person listed below via email, pursuant to the parties' e-service agreement.

**Plaintiff – Pro Se**

Absalom Cristobal
1017 L Street, #750
Sacramento, CA 95814
Tel: 415-980-9165
absalom@usa.net

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Dated this 16th day of May, 2024.

*s/ Karen Fiumano Yun*
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

4873-8451-1158.2 / 114766-1103

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 4 2:23-
CV-00508-JHC